1 **LAW OFFICES OF ZEV B. ZYSMAN**
A Professional Corporation
2 Zev B. Zysman (176805)
zev@zysmanlawca.com
3 15760 Ventura Boulevard, Suite 1915
Encino, CA 91436
4 Telephone: (818) 783-8836
Facsimile: (818) 783-9985
5
*Attorneys for Plaintiff and*
6 *the Proposed Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGOR SHVAGER, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIASAT, INC, VIASAT COMMUNICATIONS, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No: CV-12-10180-MMM (PJW)<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: October 21, 2013<br>Time: 10:00 a.m.<br>Ctrm: 780<br>Judge: Honorable Margaret M. Morrow |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on October 21, 2013 at 10:00 a.m. or as soon as counsel may be heard in Courtroom 780 of the United States District Court for the Central District of California, located at 255 East Temple Street, Los Angeles, California, Plaintiff Igor Shvager will, and hereby does, move the Court for: (1) an order granting preliminary approval of the terms of the settlement reached by Plaintiff and Defendant; (2) certification, for settlement purposes only, of the proposed Class; (3) approval of the form and method of notice of the settlement and of the pendency of the litigation to the Class and order that such notice be given; and (4) setting of a hearing for final approval of the settlement, as well as Plaintiff's unopposed application for an award of attorneys' fees and reimbursement of expenses, and incentive award request.

This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Settlement Agreement and Release (including exhibits), the Declaration of Zev B. Zysman, the pleadings and other files herein, and such other written and oral argument as may be permitted by the Court at the time of the hearing.

Dated: September 9, 2013

LAW OFFICES OF ZEV B. ZYSMAN
A Professional Corporation

/s/ Zev B. Zysman
Zev B. Zysman

15760 Ventura Boulevard, Suite 1915
Encino, CA 90024
Telephone: (818) 783-8836
Facsimile: (818) 783-9985

*Attorneys for Plaintiff and
the Proposed Class*

1