**LAW OFFICES OF ZEV B. ZYSMAN**
A Professional Corporation
Zev B. Zysman (176805)
zev@zysmanlawca.com
15760 Ventura Boulevard,
16th Floor
Encino, CA 91436
Telephone:   (818) 783-8836
Facsimile:     (818) 783-9985

*Attorneys for Plaintiff and
the Settlement Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGOR SHVAGER, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIASAT, INC, VIASAT COMMUNICATIONS, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No: CV 12-10180 MMM (PJW)<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Date:   March 10, 2014<br>Time:   10:00 a.m.<br>Ctrm:   780<br>Judge: Honorable Margaret M. Morrow |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE THAT on March 10, 2014 at 10:00 a.m. or as soon as counsel may be heard in Courtroom 780 of the United States District Court for the Central District of California, located at 255 East Temple Street, Los Angeles, California, Plaintiff Igor Shvager will, and hereby does, move this Court to grant final approval of the Settlement in this matter.

    This motion will be based on the previously filed Settlement Agreement and Release and the exhibits thereto, the concurrently filed Memorandum of Points and Authorities in support thereof, the concurrently filed Declarations of Zev B. Zysman and Phil Cooper in support thereof, the pleadings, records and files in this action, and any additional oral or documentary evidence submitted in support of the request.

Dated: February 18, 2014    **LAW OFFICES OF ZEV B. ZYSMAN**
A Professional Corporation

    /s/ Zev B. Zysman
    Zev B. Zysman

15760 Ventura Boulevard,
16th Floor
Encino, CA 90024
Telephone: (818) 783-8836
Facsimile:  (818) 783-9985

*Attorneys for Plaintiff and the Settlement Class*

1